the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and decreed by the Court that the said order of the circuit court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

MARY L. JACKSON, MARY L. JACKSON, as Administratrix of the Estate of JOHN A. JACKSON, deceased, WILLIE JACKSON, ESTHER JACKSON BUTLER, joined by her husband, GEORGE BUTLER, and RICHARD JACKSON, *Appellants,* v. J. FITCH WALKER, *Appellee.*

Division B.

Decision filed February 3, 1930.

Petition for rehearing denied March 18, 1930.

*Stewart & Stewart,* for Appellants;

*Parkinson, Frederick & Riegle,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its

judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the circuit court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

A. D. MOORE, *Appellant,* v. W. E. NICOLL, et al., *Appellees.*

Division B.

Decision filed February 3, 1930.

*W. F. Way,* for Appellant;

*Wm. G. King* and *Merle E. Rudy,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the circuit court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.